IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BERT TACKETT,

          Petitioner,

v.                                    CIVIL ACTION NO.   2:23-cv-00303
                                    (Criminal No. 2:21-cr-00097)

UNITED STATES OF AMERICA,

          Respondent.

## ORDER

This action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On May 14, 2024, Magistrate Judge Eifert submitted her Proposed Findings & Recommendations ("PF&R"), [ECF No. 75], and recommended that the court (1) grant Respondent's Motion to Dismiss, [ECF No. 71], (2) deny Petitioner's 28 U.S.C. § 2255 motion, [ECF No. 61], and (3) dismiss with prejudice this action and remove it from the court's docket. Objections to the PF&R were due by May 31, 2024. Neither party timely filed objections to the PF&R or sought an extension of time to do so.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de

novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court (1) **GRANTS** Respondent's Motion to Dismiss, [ECF No. 71], (2) **DENIES** Petitioner's § 2255 motion, [ECF No. 61], and **DISMISSES with prejudice** this matter and removes it from the court's docket.

The court has additionally considered whether to grant a certificate of appealability. *See* 28 U.S.C. § 2253(c). A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right." *Id.* § 2253(c)(2). The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. *Miller-El v. Cockrell*, 537 U.S. 322, 336–38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676, 683–84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court **DENIES** a certificate of appealability.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 2, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2